# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MCKINNEY and<br>EVANGELINE MCKINNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-00414-KD-N<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the parties' Notice of Settlement (Doc. 60). The parties report that they have reached a settlement and request a sixty (60) day period to complete the settlement process.

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 15th day of **December 2022**.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**