IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT McKINNEY and<br>EVANGELINE McKINNEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 21-00414-KD-N<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This action is before the Court on the joint stipulation of dismissal with prejudice filed by Plaintiffs Robert and Evangeline McKinney and Defendant State Farm Fire and Casualty Insurance Company (Doc. 62). The stipulation is signed by all parties who have appeared in this action. Upon consideration of the stipulation, this action is **DISMISSED** with prejudice.[1]

Pursuant to the stipulation, each party shall bear their own costs and fees.

**DONE** and **ORDERED** this 19th day of **January 2023**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court previously dismissed this action with prejudice subject to the right of either party to reinstate the action within sixty (60) days of the date of the order, December 15, 2022 (Doc. 61). Because the joint stipulation of dismissal was filed during the sixty (60) day period, it terminates the right of any party to reinstate the action.